No. 11–9410. McKenzie v. Maynard, Secretary, Maryland Department of Public Safety and Correctional Services. C. A. 4th Cir. Certiorari denied.

No. 11–9412. Johnson v. Rock, Superintendent, Upstate Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 11–9420. Tilley v. Kiefer et al. C. A. 1st Cir. Certiorari denied.

No. 11–9423. Downs v. Bellnier, Superintendent, Marcy Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 11–9425. Cameron v. Wise et al. C. A. 2d Cir. Certiorari denied.

No. 11–9430. Simpson v. Interscope Geffen A&M Records. C. A. 9th Cir. Certiorari denied.

No. 11–9466. Griffin v. Tucker, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 11–9470. Harkleroad v. Tucker, Secretary, Florida Department of Corrections. Sup. Ct. Fla. Certiorari denied.

No. 11–9484. Hill v. Florida. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–9498. Hall v. Dormire, Superintendent, Jefferson City Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 11–9512. Linaman v. Palmer, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 11–9516. Martel v. Lamarque, Warden. C. A. 9th Cir. Certiorari denied.

No. 11–9569. Quinn v. Bickell, Superintendent, State Correctional Institution at Huntingdon, et al. C. A. 3d Cir. Certiorari denied.